FILED

07/13/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0331

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. OP 23-0331

MATTHEW G. MONFORTON,

*Petitioner*

*v.*

AUSTIN KNUDSEN, IN HIS OFFICIAL CAPACITY AS MONTANA
ATTORNEY GENERAL; CHRISTI JACOBSEN, IN HER OFFICIAL
CAPACITY AS SECRETARY OF STATE

*Respondents.*

## ORDER GRANTING MONTANA FEDERATION OF PUBLIC EMPLOYEES' MOTION TO FILE AN AMICUS BRIEF

Upon consideration of the Motion of the Montana Federation of Public Employees for leave to file an *amicus curiae* in support of Respondents,

IT IS ORDERED that the motion to file an *amicus curiae* brief is GRANTED.

IT IS FURTHER ORDERED that the *amicus* brief shall be prepared, filed and served by July 14, 2023.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 13 2023